**Order entered October 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01217-CV
### No. 05-19-01218-CV

### IN THE INTEREST OF D.C., ET AL., CHILDREN

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. DF-12-06457 and DF-18-12200**

## ORDER

Before the Court is court reporter Glenda E. Finkley's October 24, 2019 request for an extension of time to file the reporter's record in these accelerated appeals from the trial court's decree terminating Mother's parental rights to her children. We **GRANT** the motion and **ORDER** the reporter's record be filed **no later than November 4, 2019**. To ensure the record is filed by November 4th and because it was first due October 10th, the trial court must arrange for a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and, the parties.

/s/     BILL WHITEHILL
        JUSTICE